Alan FLEMING, Appellant,

v.

BLUMER, NALLY & SIRO, P.C.
and Jude Nally, Respondents.

No. WD 47112.

Missouri Court of Appeals,
Western District.

Oct. 12, 1993.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Nov. 30, 1993.

Mary–Corin Corley, Kansas City, for appellant.

Rik N. Siro, Kansas City, for respondents.

Before ULRICH, P.J., and BERREY and SMART, JJ.

## ORDER

PER CURIAM:

This action arises from a dispute between attorneys as to the division of attorneys fees recovered on two separate cases. Alan Fleming ("plaintiff") appeals from the trial court's judgment in favor of defendants on defendants' counterclaim seeking recovery of fees on an alleged oral contract.

Judgment is affirmed. Rule 84.16(b).